UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYKE EDWARD NELSON, | No. 2:17-cv-2117-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, Warden, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed an application for leave to proceed in forma pauperis using this court's form, but has left the space for his signature blank. *See* ECF No. 2. The court cannot rule on plaintiff's application for leave to proceed in forma pauperis because he has not signed it.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice.
2. Within 30 days from the date of this order, plaintiff shall submit a signed and complete affidavit in support of his request for leave to proceed in forma pauperis. Failure to comply with this order may result in dismissal.

/////

/////

1

3. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

Dated: October 26, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE